UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
In Re                                                    :
PERFORMANCE TRANSPORTATION SERVICES,
INC., *et al.*,                                          : Chapter 7
                                    Debtors               Bk. No. 07- 04746-MJK
                                                         :


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
MARK S. WALLACH, Chapter 7 Trustee of
Performance Transportation Services, Inc., et al.
                                    Plaintiff
            v.
CIT GROUP/BUSINESS CREDIT, INC.;
BLACK DIAMOND INT'L FUNDING, LTD.;                        A.P. No. 09-01267-MJK
BLACK DIAMOND CLO 2005-1 LTD.;
BLACK DIAMOND CLO 2006-1, LTD.;
BLACK DIAMOND CLO 2005-2, LTD.;
BLACK DIAMOND COMMERCIAL FINANCE, L.L.C.;
BAYERISCHE HYPO-UND VEREINSBANK;
GOLDMAN SACHS CREDIT PARTNERS, L.P.;
ATRIUM CDO;
ATRIUM III;
ATRIUM IV;                                               
ATRIUM V;
AVL LOAN FUNDING LLC;
CASTLE GARDEN FUNDING;
C SAM FUNDING II;
DIAMOND SPRINGS TRADING LLC;
FREESTYLE SPECIAL OPPORTUNITY;
GANNETT PEAK CLO I, LTD.;
GRAND CENTRAL ASSET TRUST, LAC;
McDONNELL LOAN OPPORTUNITY LTD.;
VAN KAMPEN SENIOR LOAN FUND;
VENTURE CDO 2002, LIMITED;
VENTURE II CDO 2002, LIMITED;
VENTURE III CDO, LIMITED;
VENTURE IV CDO, LIMITED;
VENTURE V CDO, LIMITED;
VENTURE VI CDO, LIMITED;
VENTURE VII CDO, LIMITED;
VISTA LEVERAGED INCOME FUND;
WESTWOOD CDO II, LTD.;
WIND RIVER CLO I LTD.;
WIND RIVER CLO II LTD.;

GRAND CENTRAL ASSET TRUST, BDC;
VAN KAMPEN SENIOR INCOME TRUST;
BLACK DIAMOND CLO 2005;
VENTURE VIII CDO LIMITED;
CREDIT SUISSE LOAN FUNDING-TL;
QUADRANGLE MASTER FUNDING;
BDCM OPPORTUNITY FUND II;
VENTURE IX LIMITED BUY IN;
AVENUE CLO FUND LTD.;
AVENUE CLO V LTD.;
AVENUE CLO VI LTD.;
LATITUDE CLO I;
LATITUDE CLO II LTD.;
STANFIELD MODENA CLO;
STANFIELD CARRERA CLO, LTD.;
STANFIELD McLAREN CLO;
STANFIELD DAYTONA CLO;
HVB HOP-BAYERISCHE;
STANFIELD XL RE EUROPE;
STANFIELD BRISTOL CLO;



Defendants.

## MOTION TO ADMIT ATTORNEY *PRO HAC VICE*

Pursuant to Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Western District of New York (the "Local Rules") James L. Athas ("Movant") of Kaye Scholer LLP, Three First National Plaza, 70 West Madison Street, Suite 4100, Chicago, Illinois 60602, moves this Court to approve his admission *pro hac vice* in the above-captioned matter as legal counsel for Bank of America, in its capacity as Administrative Trustee, as successor in interest to LaSalle Bank National Association, as Administrative Trustee for Grand Central Asset Trust, LAC series and BDC series (the "Administrative Trustee"). In support of this motion, Movant respectfully states:

1. Movant is an attorney licensed to practice law in the State of Illinois and has been a member in good standing of the Bar of the State of Illinois since November 10, 2005.

Case 1-09-01267-MJK    Doc 92    Filed 04/15/10    Entered 04/15/10 10:12:03    Desc Main
Document      Page 2 of 3

2.    Movant is also admitted to practice before the Seventh Circuit Court of Appeals and the Northern District of Illinois.

3.    Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Illinois or any other state.

4.    Movant certifies that he is familiar with and shall be governed by the Local Rules.

WHEREFORE, Movant respectfully requests that this Court enter an order permitting Movant to enter his appearance herein and to practice before this Court for the limited purpose of representing the Administrative Trustee in this adversary proceeding.

Dated: April 12, 2010

Respectfully submitted,

James L. Athas (IL Bar No. 6285664)
Three First National Plaza
70 West Madison Street
Suite 4100
Chicago, IL  60602
Phone:  (312) 583-2300
Facsimile:  (312) 583-2360
Email:  jathas@kayescholer.com

*Attorneys for Defendant Bank of America, in its capacity as Administrative Trustee, as successor in interest to LaSalle Bank National Association, as Administrative Trustee for Grand Central Asset Trust, LAC series and BDC series*

3